

IT IS ORDERED

Date Entered on Docket: March 26, 2014

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

GINO FERRI,                                                   Case No. 7-08-12397-JL

      Debtor.

### ORDER ON MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF ASSETS PURSUANT TO 11 U.S.C. §554

This matter came before the court on the Debtor's Motion to Compel Trustee's Abandonment of Assets Pursuant to 11 U.S.C. §554, filed on July 3, 2013, as Doc. # 288 (the "Motion"), the Trustee's Response to the Motion, filed on July 25, 2013 as Doc. # 293, and Creditor, Henry Houde's ("Houde's") Objection to the Motion, filed July 25, 2013 as Doc. # 294. The Court being fully advised in the matter hereby finds:

    1.    The Motion was filed on July 3, 2013, by which the Debtor sought to compel the Trustee to abandon the remaining property under his control and that all such property be returned to the Debtor.

2. As shown on the notice filed on June 10, 2013 as Doc. No. 289, (the "Notice") the Motion was served on all persons listed on the mailing matrix kept in this case on June 8, 2013.

3. The Notice provided that any party objecting to the Motion must file an objection within 14 days of service of the Motion.

4. The Notice was pursuant to the rules and appropriate in this circumstance.

5. Prior to the filing of the Motion, Kieran F. Ryan the previous trustee liquidated certain assets of the estate and Philip Montoya, the current Chapter 7 trustee (the "Trustee"), still holds the funds from these sales (the "Funds").

6. The Trustee has evaluated the status of various companies owned by the Debtor (the "Companies") and in his business judgment he has determined that the debts and obligations of the Companies far exceed the value of the assets of the Companies, and such assets and the Companies are burdensome and not beneficial to the estate.

7. Based on his business judgment, the Trustee has also determined that the various state court litigation involving the Debtor and his companies (together, the "State Court Litigation") is of inconsequential value and burdensome to the estate.

8. The Trustee has evaluated the remaining assets of the Debtor and has determined that the only remaining beneficial assets of the estate are certain guns currently in the possession of the auctioneer in this case, and more particularly described in the list attached hereto as Exhibit A (the "Remaining Assets").

9. The Debtor does not claim an exemption in the Funds or Remaining Assets.

10. The only objections to the Motion were filed by the Trustee and Houde. As shown by their consent below, this order resolves the Trustee's and Houde's objections.

IT IS ORDERED as follows:

A. The Funds and the Remaining Assets are deemed property of the estate, the Debtor does not claim the Funds or the Remaining Assets as exempt, and such assets are to be administered by the Trustee accordingly.

B. The Companies, the State Court Litigation, and any other assets of the Debtor not specifically identified in paragraph A are deemed abandoned by the Estate.

C. The Debtor shall not be liable for storage costs incurred for storage on any of the abandoned assets or any other administrative expense, and any abandoned assets held by any third parties on behalf of the trustee shall be immediately released to the Debtor or his authorized representative.

D. Upon entry of this Order, the Restraining Order entered in Adversary Proceeding 13-1067-j shall be void and of no further effect and the Trustee shall submit an Order of Dismissal of that proceeding with prejudice.

SO ORDERED

**END OF ORDER**

Submitted by:

WALKER & ASSOCIATES, P.C.

By: __s/ Samuel I. Roybal_____
    Thomas D. Walker
    Samuel I. Roybal
    500 Marquette Ave. NW, Suite 650
    Albuquerque, NM 87102
    (505) 766-9272
Attorneys for Chapter 7 Trustee

Approved:

  Approved by email 3/24/2014_____
R. "Trey" Arvizu
Attorney for Debtor P.O. Box 1479
Las Cruces, NM 88005
(575) 527-8600
(575) 527-1199 fax
trey@arvizulaw.com

Approved as to Form:


LAW OFFICE OF KELLY ALBERS, P.C.

By:  approved telephonically 3/26/2014_____
    Kelly P. Albers
    650 Montana, Suite D
    Las Cruces, NM 88001
    (575) 527-9064
Attorney for creditor Henry Houde

| LOT# | Manufacturer | Model | Type | Serial # | Cal |
|---|---|---|---|---|---|
| 4-19 | Ruger | Bearcat | Rev. | 91-62751 | 22 |
| 4-12 | H SCHMIDT | | REV | 616158 | 22 |
| 4-17 | BERRETA | 950 BS | PISTOL | 97428T | 22 |
| 4-44 | SMITH & WESSON | B & W | REV | 14539 | 44 |
| 4-62R | WINCHESTER | 70 | RIFLE | 384361 | 308 |
| 4-82R | WINCHESTER | 84 | RIFLE | 2NRA631 | 30-30 |
| 4-83R | WINCHESTER | 94 | RIFLE | 6318608 | 30-30 |
| 4-106R | REMINGTON | 870 | SG | T31918AM | 12GA |
| 4-108R | REMINGTON | 700 | RIFLE | B6885298 | 243 |
| 4-121R | BROWNING | | SG | 01362DU099 | 12GA |
| 4-122R | BROWNING | | SG | 736 | 12GA |
| 4-131R | REMINGTON | 870 | SG | T31921LM | 12GA |
| 4-135R | REMINGTON | 1100 | SG | M438512V | 12GA |
| 4-142R | WEATHERBY | 300 | RIFLE | SB051469 | 300 |
| 4-146R | WINCHESTER | 190 | RIFLE | B1794525 | 22 |
| 4-147R | WEATHERBY | MARK V | RIFLE | SB065564 | 416 |
| 4-152R | WINCHESTER | 6 | RIFLE | 615082B | 22 |
| 4-153R | WINCHESTER | 94 | RIFLE | 41279 | 32-40 |
| 4-154R | WINCHESTER | 94 | RIFLE | AG480 | 30-30 |
| 4-158R | WINCHESTER | 70 | RIFLE | 266203 | 270 |
| 4-176R | WINCHESTER | 94 | RIFLE | 2NRA501 | 30-30 |



EXHIBIT A